UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  5:11-cr-14-Oc-28TBS

NICHOLAS RAGOSTA
_____

ORDER

Pending before the Court is Defendant's Motion for Approval of Investigative Costs to Exceed $800.00. (Doc. 25).

Due to the complexity of the case and the alleged temporal span, Defendant has retained the services of investigator Stephen Craig, P.A. to investigate the facts of this case; perform background checks on witnesses; locate, interview and take statements of prospective witnesses; help break down the voluminous amount of phone records, subscriber information and cell tower data; and prepare for trial. Counsel represents that the services of a competent investigator "are necessary in order to conduct an adequate investigation and thereby safeguard the Defendant's rights."

Defendant's counsel is CJA appointed and the Defendant is unable to pay for the investigator. Although Mr. Craig has agreed to a reasonable rate of $60.00, counsel for Defendant believes that the investigative costs will come close to $2,400.00. Accordingly, Defendant seeks a Court Order, pursuant to 18 U.S.C. s. 3006A(e), authorizing investigative costs to exceed $800.00 but not more than $2,400.00.

Upon due consideration, Defendant's Motion for Approval of Investigative Costs to Exceed $800/00 (Doc. 25) is GRANTED. Defendant is authorized to incur investigative

costs in excess of $800.00, not to exceed $2,400.00.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on December 2, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All Counsel