UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                              5:11-cr-14-Oc-28TBS

NICHOLAS RAGOSTA

_____

<u>ORDER</u>

Pending before the Court is Defendant's Motion for Approval of Investigative

Costs to Exceed $800.00. (Doc. 60).

The defendant is charged with conspiracy to possess with intent to distribute one

hundred or more kilograms of marijuana, possession with intent to distribute one hundred

or more kilograms of marijuana and possession of a firearm in furtherance of a drug

trafficking crime.  In the preparation of his defense, the defendant engaged the services

of cell tower expert, Manual Baldonado from Ericsson Company.  This case went to trial

in December, 2011 and Mr. Baldonado testified for the defense.  The trial resulted in a

hung jury and the second trial is scheduled to begin later today.  Counsel represents that

the services of Mr. Baldonado "are necessary in order to conduct an adequate

investigation and thereby safeguard the Defendant's rights."

Defendant's counsel is CJA appointed and the Defendant is unable to pay for Mr.

Baldonado's services which he anticipates will approximately $2,400.  Defendant seeks a

Court Order, pursuant to 18 U.S.C. s. 3006A(e), authorizing investigative costs to exceed

$800 but not more than $2,400.

Upon due consideration, Defendant's Motion for Approval of Investigative Costs to

Exceed $800/00 (Doc. 60) is GRANTED.  Defendant is authorized to incur investigative costs in excess of $800, not to exceed $2,400.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 3, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel